# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Flava Works, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.  1:12-cv-01884** |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Gregory Terry,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF, FLAVA WORKS, INC.'S, MOTION TO COMPEL

Now comes Plaintiff, Flava Works, Inc. (hereinafter "Flava Works"), by and

through its attorneys, Meanith Huon and The Huon Law Firm, and states as follows:

1.   Plaintiff filed this copyright infringement case against Defendant, Gregory Terry.

2.   Defendant has filed his Answer. (Docket No.3).

3.   Counsel for Plaintiff has requested that counsel for Defendant engage in a FRCP

26(f) Conference.  Dates have been requested for such a conference.  However,

counsel for Defendant has never responded to the repeated request.  Exhibit "A"

and "B".

4.   F.R.C.P. 26(f)(1) provides as follows:

(f) Conference of the Parties; Planning for Discovery

(1) Conference Timing.

Except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B) or
when the court orders otherwise, the parties must confer as soon as practicable —
and in any event at least 21 days before a scheduling conference is to be held or a
scheduling order is due under Rule 16(b).

(2) Conference Content; Parties' Responsibilities.

In conferring, the parties must consider the nature and basis of their claims and
defenses and the possibilities for promptly settling or resolving the case; make or
arrange for the disclosures required by Rule 26(a)(1); discuss any issues about
preserving discoverable information; and develop a proposed discovery plan. The
attorneys of record and all unrepresented parties that have appeared in the case are

jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court within 14 days after the conference a written report outlining the plan. The court may order the parties or attorneys to attend the conference in person

5.      FRCP 26(f) requires that "the attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court within 14 days after the conference a written report outlining the plan."

6.      Counsel for Plaintiff stated in his last communication to counsel for Defendant that "I am making this request pursuant to FRCP 37(a) and (f).  I am acting in good faith to confer or attempted to confer with you to comply with FRCP 26(f)."

7.      Counsel for Defendant has never responded.

WHEREFORE, Plaintiff  requests that this Honorable Court enter an order compelling Counsel for Defendant to engage in a FRCP 26(f) conference.

Respectfully submitted,

/s/ Meanith Huon

Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996

## CERTIFICATE OF SERVICE

Under penalties of law, I attest the following documents or items have been or are being electronically served on all counsel of record for all parties on or before July 4, 2012.

## PLAINTIFF, FLAVA WORKS, INC.'S, MOTION TO COMPEL

Respectfully submitted,

/s/ Meanith Huon

Meanith Huon

PO Box 441

Chicago, Illinois 60690

Phone: (312) 405-2789

E-mail: huon.meanith@gmail.com

IL ARDC. No.: 6230996