**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FLAVA WORKS, INC.,

    Plaintiff,

vs.                                                   Case No. 3:12-cv-1179-J-99TJC-MCR

GREGORY TERRY,

    Defendant.

## ORDER

This case is before the Court on the assigned United States Magistrate Judge's March 4, 2013 Report and Recommendation. (Doc. 31.) On November 14, 2012, the Magistrate Judge entered an Order permitting counsel for Plaintiff to withdraw and requiring Plaintiff to hire alternative counsel and have counsel file a notice of appearance no later than January 4, 2013. (Doc. 22.) No notice was filed, and on January 25, 2013, the Magistrate Judge entered an Order extending the deadline to February 27, 2013. (Doc. 26.) The Order informed Plaintiff that "[f]ailure to comply with this directive may result in Plaintiff's case being subject to dismissal for failure to prosecute." (Id. at 2.)

Plaintiff failed to respond, and on March 4, 2013, the Magistrate Judge issued a Report and Recommendation recommending that the case be dismissed for failure to prosecute. (Doc. 31.) No objections were filed, and the time in which to do so has now passed. Accordingly, upon independent review of the file, it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 31) is **ADOPTED** in full as the opinion of the Court.

2. This case is **DISMISSED without prejudice** for failure to prosecute.

3. The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 1st day of April, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jk.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

Flava Works, Inc. c/o Phillip Bleicher
2610 N. Miami Avenue
Miami, Florida 33127

Flava Works, Inc. c/o Phillip Bleicher
933 W. Irving Park Rd., Suite C
Chicago, Illinois 60613

Gregory Terry
9018 Devonshire Blvd.
Jacksonville, FL 32208